NVB 9014(a) (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−15−50292−gwz<br>CHAPTER 11 |
| MARGARET LESLIE CANTLON ,<br>                               Debtor(s) | Adversary Proceeding: 18−05006−gwz |
| MARGARET LESLIE CANTLON, et al,<br>                               Plaintiff(s) | NOTICE OF HEARING |
| v. | Hearing Date:    4/21/22<br>Hearing Time:    10:00 AM |
| WELLS FARGO & COMPANY, et al,<br>                               Defendant(s) | |

**NOTICE IS GIVEN** that a Hearing will be held before a United States Bankruptcy Judge. Hearing information is as follows:

| | |
|---|---|
| Hearing Date: | 4/21/22 |
| Hearing Time: | 10:00 AM |
| Hearing Phone Number: | (877) 873−8017 |
| Hearing Access Code: | 4994094# |

**NOTICE IS FURTHER GIVEN** that the hearing relates to the following entry on docket:

    37 – Motion to Dismiss Adversary Proceeding with Certificate of Service Filed by MARK J. CONNOT on behalf of WELLS FARGO & COMPANY, WELLS FARGO ADVISORS, WELLS FARGO BANK, NA (CONNOT, MARK)

This hearing is scheduled for the following reason:

    Short follow−up argument re: 2/16/21 submissions. AT&T teleconference participation only: (877) 873−8017; access code: 4994094#..

The court's hearing calendar for the date scheduled by this Notice may be viewed at www.nvb.uscourts.gov up to five days before the scheduled hearing date to determine whether or not the hearing has been kept on calendar.

Dated: 12/22/21

                                                                   Mary A. Schott
                                                                   Clerk of Court