United States Bankruptcy Court
District of Nevada

CANTLON,
    Plaintiff

WELLS FARGO & COMPANY,
    Defendant

Adv. Proc. No. 18-05006-gwz

# CERTIFICATE OF NOTICE

District/off: 0978-3      User: admin      Page 1 of 2
Date Rcvd: Dec 22, 2021      Form ID: nstap713      Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | LINDSAY P. S. KOLBA, 300 LAS VEGAS BLVD SOUTH, SUITE 4300, LAS VEGAS, NV 89101-5803 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Dec 22 2021 23:33:00 | ANTONIA G DARLING, 300 LAS VEGAS BLVD., SO. #4300, LAS VEGAS, NV 89101-5803 |
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Dec 22 2021 23:33:00 | DONNA LEE JENSEN, OFFICE OF THE UNITED STATES TRUSTEE, 235 PINE STREET, STE 700, SAN FRANCISCO, CA 94104-2759 |
| ust | + | Email/Text: jared.a.day@usdoj.gov | Dec 22 2021 23:33:00 | JARED A DAY, OFFICE OF THE U.S. TRUSTEE, 300 BOOTH STREET, #3009, RENO, NV 89509-1362 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Dec 22 2021 23:33:00 | NICHOLAS STROZZA, 300 BOOTH ST RM 3009, RENO, NV 89509-1362 |
| ust | | Email/Text: cameron.m.gulden@usdoj.gov | Dec 22 2021 23:33:30 | CAMERON M. GULDEN, OFFICE OF THE U.S. TRUSTEE, 300 BOOTH STREET, ROOM 3009, RENO, NV 89509 |
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Dec 22 2021 23:33:00 | TRACY HOPE DAVIS, OFFICE OF THE U.S. TRUSTEE, 235 PINE ST #700, SAN FRANCISCO, CA 94104-2759 |
| ust | | Email/Text: John.Nemecek@USDOJ.GOV | Dec 22 2021 23:33:00 | JOHN W. NEMECEK, OFFICE OF THE U.S. TRUSTEE, 300 BOOTH STREET, #3009, RENO, NV 89509 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Dec 22 2021 23:33:00 | WILLIAM B COSSITT, U.S. TRUSTEE'S OFFICE, 300 BOOTH ST, #3009, RENO, NV 89509-1360 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | EOUST |
| ust | | LINDA EKSTROM STANLEY, NA, NA 0 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| District/off: 0978-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 22, 2021 | Form ID: nstap713 | Total Noticed: 9 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 24, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BLAINE E. CARTLIDGE | on behalf of Plaintiff MARGARET LESLIE CANTLON CARTLIDGELAWOFFICE@ICLOUD.COM |
| JOHN WHITE | on behalf of Plaintiff MARGARET LESLIE CANTLON john@whitelawchartered.com whitelaw@aol.com;admin@whitelawchartered.com;paralegal@whitelawchartered.com;whitelawchartered@ecf.courtdrive.com |
| KEVIN M. SUTEHALL | on behalf of Defendant WELLS FARGO & COMPANY ksutehall@foxrothschild.com dloffredo@foxrothschild.com |
| KEVIN M. SUTEHALL | on behalf of Defendant WELLS FARGO BANK  NA ksutehall@foxrothschild.com, dloffredo@foxrothschild.com |
| KEVIN M. SUTEHALL | on behalf of Defendant WELLS FARGO ADVISORS ksutehall@foxrothschild.com dloffredo@foxrothschild.com |
| MARK J. CONNOT | on behalf of Defendant WELLS FARGO & COMPANY mconnot@foxrothschild.com dloffredo@foxrothschild.com |
| MARK J. CONNOT | on behalf of Defendant WELLS FARGO BANK  NA mconnot@foxrothschild.com, dloffredo@foxrothschild.com |
| MARK J. CONNOT | on behalf of Defendant WELLS FARGO ADVISORS mconnot@foxrothschild.com dloffredo@foxrothschild.com |

TOTAL: 8

NVB 9014(a) (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>MARGARET LESLIE CANTLON ,<br>　　　　　　　　　Debtor(s) | BK−15−50292−gwz<br>CHAPTER 11<br><br>Adversary Proceeding: 18−05006−gwz |
| MARGARET LESLIE CANTLON, et al,<br>　　　　　　　　　Plaintiff(s)<br><br>v.<br><br>WELLS FARGO & COMPANY, et al,<br>　　　　　　　　　Defendant(s) | NOTICE OF HEARING<br><br>Hearing Date:　　4/21/22<br>Hearing Time:　　10:00 AM |

**NOTICE IS GIVEN** that a Hearing will be held before a United States Bankruptcy Judge. Hearing information is as follows:

　　　Hearing Date:　　　　　　　4/21/22
　　　Hearing Time:　　　　　　　10:00 AM
　　　Hearing Phone Number:　　(877) 873−8017
　　　Hearing Access Code:　　　4994094#

**NOTICE IS FURTHER GIVEN** that the hearing relates to the following entry on docket:

　　　*37* − Motion to Dismiss Adversary Proceeding with Certificate of Service Filed by MARK J. CONNOT on behalf of WELLS FARGO & COMPANY, WELLS FARGO ADVISORS, WELLS FARGO BANK, NA (CONNOT, MARK)

This hearing is scheduled for the following reason:

　　　Short follow−up argument re: 2/16/21 submissions. AT&T teleconference participation only: (877) 873−8017; access code: 4994094#..

The court's hearing calendar for the date scheduled by this Notice may be viewed at www.nvb.uscourts.gov up to five days before the scheduled hearing date to determine whether or not the hearing has been kept on calendar.

Dated: 12/22/21

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Mary A Schott*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Mary A. Schott
　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court